■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRON GLADDEN, Appellant. [38 NYS3d 416]—Judgment, Supreme Court, Bronx County (Patricia Dimango, J.), rendered September 6, 2013, convicting defendant, upon his plea of guilty, of assault in the first degree, and sentencing him to an aggregate term of 8½ years, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Friedman, J.P., Saxe, Moskowitz, Gische and Kahn, JJ.